Lillian B. Bragg, as Administratrix, etc., of George Bragg, Deceased,

Respondent, v. Central New England Railway Company, Appellant.— Motion granted. Present — Jenks, P. J., Burr, Carr, Stapleton and Putnam, JJ.